1020

No. 89–6404.   TOWNSEND v. INDIANA.   Sup. Ct. Ind.; and
No. 89–6405.   STARR v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–6592.   STEWART v. WASHINGTON.   Sup. Ct. Wash. Certiorari denied.   JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. A–259.   FAZZINI v. GLUCH ET AL., 493 U. S. 1014;
No. 89–415.   BROOKS v. TOWN OF ASHLAND, 493 U. S. 936;
No. 89–5506.   HAKIM v. DEPARTMENT OF CIVIL RIGHTS ET AL., 493 U. S. 940;
No. 89–5827.   MORGAN v. TURNAGE, 493 U. S. 1047;
No. 89–5832.   PERRY v. BALL, SECRETARY OF THE NAVY, 493 U. S. 1027;
No. 89–6065.   BILAL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 493 U. S. 1032;
No. 89–6067.   VISSER v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, 493 U. S. 1048;
No. 89–6098.   MARTIN v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, 493 U. S. 1048; and
No. 89–6224.   BOND v. RAIKES, JUDGE, NELSON CIRCUIT COURT, 493 U. S. 1062.   Petitions for rehearing denied.

MARCH 6, 1990

No. A–606 (89–6785).   HEISHMAN v. CALIFORNIA.   Sup. Ct. Cal.   Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the peti-